UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STANFORD HILL JR.,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT UNION OF TEXAS,<br><br>Defendant. | Case No. 3:18-cv-02699-N<br><br>Honorable Judge Gary H. Miller |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff STANFORD HILL JR. and the Defendant CREDIT UNION OF TEXAS, through their respective counsel that all claims and counterclaims asserted by Plaintiff STANFORD HILL JR. and/or Defendant CREDIT UNION OF TEXAS be dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorneys' fees.

Dated: July 9, 2019

**STANFORD HILL JR.**

*/s/ Alexander J. Taylor*
Alexander J. Taylor
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
2500 S. Highland Ave., Ste. 200
Lombard, Illinois 60148
Phone: (630) 575-8181
ataylor@sulaimanlaw.com

Respectfully Submitted,

**CREDIT UNION OF TEXAS**

*/s/ Randy Roberts (with consent)*
Randy Roberts
*Counsel for Defendant*
Blalack & Williams, PC
4830 LBJ Freeway, Suite 750
Dallas, Texas 75244
Phone: (214) 630-1916
rroberts@blalack.com